UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:21-cv-14340-AMC

HOWARD COHAN,

    Plaintiff,

vs.

RJ CORPORATION,
a Florida Profit Corporation,
d/b/a HOLIDAY INN EXPRESS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, RJ CORPORATION, a Florida Profit Corporation, d/b/a HOLIDAY INN EXPRESS, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 20, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Jason D. Byrd** |
| Gregory S. Sconzo, Esq. | Kimberly J. Doud |
| Florida Bar No.: 0105553 | Fla. Bar No.: 523771 |
| Samantha L. Simpson, Esq. | Email: kdoud@littler.com |
| Florida Bar No.: 1010423 | Secondary: mfilmore@littler.com |
| Sconzo Law Office, P.A. | Jason D. Byrd |
| 3825 PGA Boulevard, Suite 207 | Fla. Bar No. 123508 |
| Palm Beach Gardens, FL 33410 | Email: jabyrd@littler.com |
| Telephone: (561) 729-0940 | Secondary: lshelnut@littler.com |
| Facsimile: (561) 491-9459 | LITTLER MENDELSON, P.C. |
| Email: greg@sconzolawoffice.com | 111 N. Orange Avenue, Suite 1750 |
| Email: samantha@sconzolawoffice.com | Orlando, Florida 32801-2366 |
| Email: alexa@sconzolawoffice.com | Telephone: (407) 393-2900 |
| Attorneys for Plaintiff | Facsimile: (407) 393-2929 |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            **/s/ Gregory S. Sconzo**
                                            **Gregory S. Sconzo, Esq.**