UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14340-CIV-CANNON/Maynard

**HOWARD COHAN,**

    Plaintiff,

v.

**RJ CORPORATION,**

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Notice of Settlement [ECF No. 21], filed on December 20, 2021, which advises that the parties have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within thirty **(30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of December 2021.

                                                                          AILEEN M. CANNON
                                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record