UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 2:21-cv-14340-AMC

vs.

RJ CORPORATION
a Florida Profit Corporation
d/b/a HOLIDAY INN EXPRESS

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, RJ CORPORATION, a Florida Profit Corporation, d/b/a HOLIDAY INN EXPRESS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against RJ CORPORATION, a Florida Profit Corporation, d/b/a HOLIDAY INN EXPRESS; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED January 7, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Jason D. Byrd** |
| Gregory S. Sconzo, Esq. | Kimberly J. Doud |
| Florida Bar No.: 0105553 | Fla. Bar No.: 523771 |
| Samantha L. Simpson, Esq. | Email: kdoud@littler.com |
| Florida Bar No.: 1010423 | Secondary: mfilmore@littler.com |
| Sconzo Law Office, P.A. | Jason D. Byrd |
| 3825 PGA Boulevard, Suite 207 | Fla. Bar No. 123508 |
| Palm Beach Gardens, FL 33410 | Email: jabyrd@littler.com |
| Telephone: (561) 729-0940 | Secondary: lshelnut@littler.com |
| Facsimile: (561) 491-9459 | LITTLER MENDELSON, P.C. |
| Email: greg@sconzolawoffice.com | 111 N. Orange Avenue, Suite 1750 |
| Email: samantha@sconzolawoffice.com | Orlando, Florida 32801-2366 |
| Email: alexa@sconzolawoffice.com | Telephone: (407) 393-2900 |
| Attorneys for Plaintiff | Facsimile: (407) 393-2929 |
| | Attorneys for Defendant |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**